No. 92–8320.  FLOYD v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 92–8325.  ASH v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–8332.  FRANK v. D'AMBROSI.  Ct. App. Ohio, Mahoning County.  Certiorari denied.

No. 92–8337.  BROCKINGTON v. WHITLEY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 92–8338.  SMITH v. CUSTOM MICRO, INC.  Ct. App. Ore.  Certiorari denied.

No. 92–8340.  DERRICK v. DIRECTOR, TEMPORARY RELEASE PROGRAMS.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 92–8341.  CRONENWETT v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Santa Barbara.  Certiorari denied.

No. 92–8342.  CALLAHAN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8347.  WALLACE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 92–8348.  LEA v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 92–8349.  MORELAND v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–8354.  MYER v. WEEKS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–8355.  ROBINETT v. BURTON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–8356.  RODRIGUEZ v. SPAULDING ET AL.  C. A. 9th Cir.  Certiorari denied.